UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| 482 Monroe LLC,<br><br>          *Plaintiff,*<br><br> -against-<br><br>Federal National Mortgage Association,<br><br>          *Defendant.* | Civil No. 1:20-cv-01948-RRM-PK<br><br>**NOTICE OF PENDENCY**<br><br>Mortgaged Premises:<br><br>482 Monroe Street,<br>Brooklyn, NY 11221<br>(Block 1639, Lot 4) |

**NOTICE IS HEREBY GIVEN,** that an action has been commenced by counterclaim and is pending in this court upon an counterclaim of the above named defendant against the above-named plaintiff for the foreclosure of a Mortgage dated December 18, 2008, executed by Eric Jones and William Cruz, Jr., deceased, as Mortgagors, to Mortgage Electronic Registration Systems, Inc. (MERS), as Nominee for Great American Mortgage Corp., as Mortgagee, to secure the original principal sum of $300,000.00 recorded in the Office of the City Register of Kings County on January 15, 2009 in CRFN 2009000013960 ("Mortgage"), which mortgage was assigned to CitiMortgage, Inc. as shown by assignment of mortgage dated June 7, 2010, which was recorded in the Office of the City Register of Kings County on July 23, 2010 in CRFN 2010000208814, which mortgage was further assigned to Defendant, Federal National Mortgage Association as shown by an assignment of mortgage dated June 11, 2014, which was recorded in the Office of the City Register of Kings County on June 16, 2014 in CRFN 2014000204423, covering premises known as 482 Monroe Street, Brooklyn, County of Kings, City and State of New York 11221 (Block 1639, Lot 4) ("Property").

-2-

**NOTICE IS FURTHER GIVEN,** that the real property affected by the said foreclosure action was, at the time of the commencement of said action, and at the time of filing of this notice, situate in the County of Kings, State of New York and identified as Block 1639, Lot 4, on the land and tax map of the County of Kings, State of New York, and described in said mortgage as follows:

> ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:
>
> BEGINNING at a point on the southerly side of Monroe Street, distant 20 feet easterly from the corner formed by the intersection of the easterly side of Sumner Avenue and the southerly side of Monroe Street;
>
> RUNNING THENCE southerly, parallel with Sumner Avenue, and part of the distance through a party wall, 100 feet;
>
> THENCE easterly, parallel with Monroe Street, 19 feet;
>
> THENCE northerly, parallel with Sumner Avenue and part of the distance through a party wall, 100 feet to the southerly side of Monroe Street;
>
> THENCE westerly along the southerly side of Monroe Street, 19 feet to the point or place of BEGINNING.

**NOTICE IS FURTHER GIVEN** that by counterclaim in this action the Defendant also seeks, in the alternative, equitable relief with respect to the Property, including *inter alia*, an equitable mortgage, equitable lien, constructive trust and equitable subrogation establishing an interest in or lien upon the Property in the event the Mortgage is determined unenforceable.

-3-

    The Clerk of Kings County is hereby requested to index this notice against the name of the above Plaintiff.

| | |
|---|---|
| Dated: New York, New York<br>April 29, 2020 | McCARTER & ENGLISH, LLP<br>*Counsel for Defendant* |

By: /s/ Adam M. Swanson
    Adam M. Swanson, Esq.
    Federal Bar No. AS1294
    Worldwide Plaza
    825 Eighth Avenue, 31st Floor
    New York, New York 10019
    Tel: 212-609-6800

BLOCK    1639
LOT        0004

ME1 33236661v.1