# Exhibit B

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-----------------------------------------------------------------X
                                                    Index No. 15495/10
CITIMORTGAGE, INC.,

                           Plaintiff,

                                                    NOTICE OF
                                                    DISCONTINUANCE
                                                    OF ACTION

        - against -


ERIC JONES, WILLIAM CRUZ, JR., CRIMINAL COURT OF THE CITY OF NEW YORK, DEPARTMENT OF HOUSING PRESERVATION AND DEVELOPMENT, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, MERICA DELISSER C/O HUMAN RES. ADMIN, NEW YORK CITY PARKING VIOLATIONS BUREAU, NEW YORK CITY ENVIRONMENTAL CONTROL BOARD AND NEW YORK CITY TRANSIT ADJUDICATION BUREAU and "John Doe" and/or "Jane Doe # 1-10" inclusive, the last ten names being fictitious and unknown to plaintiff, the persons or parties intended being the tenants, occupants, persons or corporations, if any, having or claiming an interest in or lien upon the premises described in the complaint,



                           Defendants
-----------------------------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for or the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, without prejudice and without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated:  January 29, 2013

_____
SWEENEY, GALLO, REICH & BOLZ, LLP
By: David Gallo, Esq., Attorneys for Plaintiff
95-25 Queens Boulevard, 11th Floor
Rego Park, New York 11374
(718) 459-9000 – Telephone

_____
Karen Ross, Esq.
Senior Counsel
Attorneys for Defendants
100 Church Street, Room 3-106
New York, New York 10007
(212) 788-1142