**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| 482 Monroe LLC, | Civ. No. 1:20-cv-1948-RRM-PK |
| *Plaintiff,* | |
| -against- | |
| Federal National Mortgage Association, | |
| *Defendant.* | |
| _____ | |
| Federal National Mortgage Association, | |
| *Third Party Plaintiff,* | |
| -against- | |
| New York State Department of Taxation and Finance, United States of America (Eastern District), Criminal Court of the City of New York (Kings), Randolph Jones Living Trust, New York Environmental Control Board, New York Parking Violations Bureau, New York Transit Adjudication Bureau, AND "JOHN DOES #1" through "JOHN DOE #12", the last 12 names being fictitous and unknown to plaintiff, the persons or parties intended being the tenants, occuants or persons, if any, having or claiming an interest in or lien upon the premises described in the complaint, | **NOTICE OF DEPOSITION** |
| *Third Party Defendants.* | |

      **PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 30(b)(6), Defendant, Federal National Mortgage Association ("Fannie Mae"), by and through its undersigned counsel, will take the deposition of Plaintiff, 482 Monroe LLC to be conducted before a Notary Public or other person authorized to administer oaths and to be recorded by stenographic and/or videographic means, at the law offices of McCarter & English, LLP, 825 Eighth Avenue, 31st Floor, New York,

NY 10019, beginning at 10:00 a.m. on February 1, 2021, or on such other date as the parties shall agree with respect to the following matters:

1. The formation, structure, ownership, control and existence of Plaintiff, 482 Monroe LLC as a company.

2. Plaintiff's acquisition of the property located on 482 Monroe Street, Brooklyn, NY 11221 and designated as Block 1639, Lot 4 of the tax map of Kings County, New York (the "Property").

3. The facts and circumstances of and at the Property.

4. Any persons who claim or may claim an interest in or lien upon the Property.

5. Plaintiff's correspondence, agreements and dealings with Rebecca Houston individually or in her capacity as Administrator of the Estate of William Cruz, Jr. and/or any of her agents or persons acting on her behalf.

6. Plaintiff's correspondence, agreements and dealings with Eric P. Jones and/or any of his agents or persons acting on his behalf.

7. Plaintiff's correspondence, agreements and dealings with William Cruz, Jr and/or any of his agents or persons acting on his behalf.

8. Plaintiff's relationship with or knowledge of Geel Equities, LLC and/ or Michael Gendin and/or any of its/his agents or persons acting on its/his behalf.

9. Plaintiff's relationship with or knowledge of RP Real LLC and/or any of its agents or persons acting on its behalf.

10. Plaintiff's involvement in the action captioned *Citimortgage, Inc. v. Eric Jones, et al.*, Index No. 15495/2010.

11. Plaintiff's involvement in the action captioned *Federal National Mortgage Association v. Eric Jones, et al.*, Index No. 509004/2016.

12. Plaintiff's correspondence and/or information sent to Nationstar Mortgage, LLC, d/b/a Mr. Cooper.

13. Plaintiff's correspondence and/or information sent to Citimortgage, Inc.

Dated: New York, New York
January 15, 2021

McCARTER & ENGLISH, LLP
*Counsel for Defendant Fannie Mae*

 /s/ Adam M. Swanson
By: Adam M. Swanson, Esq.
Moira S. Batista, Esq.
Worldwide Plaza
825 Eighth Avenue, 31st Floor
New York, New York 10019
Tel: 212-609-6800

To: Matthew Joseph Routh
Mark Steven Anderson
Shiryak, Bowman, Anderson, Gill & Kadochnikov, LLP
80-02 Kew Gardens Road, Suite 600
Kew Gardens, NY 11415
718-263-6800
mrouth@sbagk.com
manderson@sbagk.com