

**Timothy W. Salter**
Special Counsel

T. 212-609-6886
F. 212-935-5491

tsalter@mccarter.com

McCarter & English, LLP

250 W. 55th Street, 13th Floor
New York, NY 10019-7475

www.mccarter.com

June 24, 2025

**Via CM/ECF**
Hon. Peggy Kuo
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:     482 Monroe LLC v. Federal National Mortgage Association
          Civil Action No. 1:20-cv-01948-FB-PK (the "Action")

Your Honor:

       This firm represents defendant Federal National Mortgage Association ("Fannie Mae") in the Action.  Please disregard my prior letter [ECF No. 90] as the decision referenced therein and enclosed therewith pertained to a different appellate case number than the one referenced in Your Honor's January 15, 2025, order.  Specifically, case number 24-2066, and not case number 23-659.  The Second Circuit has yet to issue its decision in case number 23-269.  I apologize for my confusion.

                                                                                Respectfully submitted,

                                                                              s/Timothy Wm. Salter
                                                                              Timothy W. Salter
                                                                              McCarter & English, LLP
                                                                              Attorneys for Fannie Mae

CC:     Dustin B. Bowman, Esq.
           Matthew J. Routh, Esq.
           Attorneys for Plaintiff 482 Monroe LLC
           **VIA CM/ECF**

ME1\53642266.v1